# Court of Appeals
# of the State of Georgia

ATLANTA,   October 09, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0054. JERRY D. PARRIS v. THE STATE.**

A jury found Jerry D. Parris guilty of rape, and his conviction was affirmed on appeal. See *Perry v. State*, 258 Ga. App. 49 (572 SE2d 728) (2009). Parris subsequently filed an extraordinary motion for new trial, which the trial court denied. Parris appealed the denial, and this Court dismissed the appeal based upon Parris's failure to file a discretionary application. See Case Number A15A2192, dismissed August 3, 2015. Parris then filed a motion for reconsideration, requesting that the trial court construe his extraordinary motion for new trial as an ordinary motion for new trial. The trial court denied the motion, and Parris filed this discretionary application. We lack jurisdiction.

First, since Parris has already had a direct appeal of his criminal conviction, he is not entitled to a second such appeal. See *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001). Second, the denial of a motion for reconsideration is not a directly appealable order.  See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985). For these reasons, we lack jurisdiction to consider this discretionary application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

      *Clerk's Office, Atlanta,*_____10/09/2015_____

      *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ *, Clerk.*